IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MEURIS PETERKIN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

DOUGLAS CARR, JOSE ALBARRACIN, BRIAN JONES
TAMARA WILLIAMS, ILANA GRUEBEL
REBECCA FORT, JOHN F UDOCHI

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. 20/CV/0524/LDH/LB Amended

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☑ No
*(check one)*


RECEIVED APR 29 2020 PRO SE OFFICE

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Meuris Peterkin |
| Street Address | 1196 Eastern Parkway Apt. B1 |
| City and County | Brooklyn, Kings County |
| State and Zip Code | New York 11213 |
| Telephone Number | 929 227 5962 |
| E-mail Address | 399neatman@gmail.com |

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

　　Defendant No. 1

|  |  |
|---|---|
| Name | Douglas Carr |
| Job or Title (if known) | Detective (Police Officer |
| Street Address | 127 Utica Avenue |
| City and County | Brooklyn, Kings County |
| State and Zip Code | New York, 11213 |
| Telephone Number |  |
| E-mail Address (if known) |  |

Defendant No. 2

    Name                    Jose Alberracin

    Job or Title         P.O.M

    (if known)

    Street Address     127 Utica Avenue

    City and County    Brooklyn (Kings County)

    State and Zip Code New York 11213

    Telephone Number

    E-mail Address

    (if known)

Defendant No. 3

    Name                    Tamara Williams

    Job or Title         Child Protective Specialist

    (if known

    Street Address     163 West 125th Street- 14th Floor

    City and County    Harlem (Kings County)

    State and Zip Code New York, New York 10027

    Telephone Number 718 623 4755

    E-mail Address

    (if known)

Defendant No. 4

    Name                    Brian E. Jones

    Job or Title         Staff Attorney, Brooklyn Defender Services

    (if known)

    Street Address     195 Montague Street

    City and County    Brooklyn (Kings County)

    State and Zip Code New York, 11213

    Telephone Number 347 592 2588/ 929 266 0511

    E-mail Address     bjones@bds.org

    (if known)

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I, IV, VI and XIV Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The right to due process, right to free speech, right to a fair trial, right to a fair notice of the hearing, right to confront and cross examine witnesses, right to be secure in my person, right to be informed of the reason of my arrest at the time of arrest, right to be promptly informed of any charges against me, right to file order to show cause, right to be free from unlawful attacks on my honor or reputation, right to equal protection of the law, right to be provided with adequate food, right to my liberty.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached

(1) **Douglas Carr:** Who was dressed in plain clothes accompanied by two of his colleagues who were also dressed in plain clothes, with absolutely no form of identification what so ever, one of them brandishing a silver smith and Wesson .38 revolver in the process. Suddenly arrested me, without the production of a warrant or complaint. As a matter of fact, he never stated his office or business despite several requests to do so. However, I was placed in hand cuffs, placed in a very painful and uncomfortable position and was eventually escorted to the 77th Precinct via a black unmarked car. On arrival at the Precinct, I was refused a phone call and was never read my rights during my detention. However, he circulated a false report to ACS (Administration of Children Services) claiming that on October 14, 2018, about 10:17pm I physically assaulted my wife in the presence of Goldie and Chaz by punching her multiple times and subsequently escorted me to central booking where I spent the night. He also called me a woman abuser and told me that I should go back to St. Lucia.

(2) **Jose Albarracin:** Having responded to a missing person report on October 11, 2018 about 9:30pm, at 1045 St. Johns Place, altered the date and time of report to indicate that the incident occurred on October 12, 2018 about 0122hrs and not October 11, 2018 as was the case. Whereas I never saw my wife on October 12, 2018.

(3) **Tamara Williams:** On October 17, 2018, before Natalia Roban of council swear that: "In or around September 30, 2018 according to the non- respondent mother, Toneana Charles – Peterkin, She and the respondent had a verbal altercation her fidelity. According to Mrs. Charles – Peterkin, the respondent proceeded to place his hands around her neck while the subject child Chaz was at the case address". Further that "On or about October 16, 2018, the respondent admitted to placing his hands on the back of Mrs. Charles – Peterkin's neck and stated when are you going to respect your husband"? On June 7, 2019, during her testimony and whilst under oath stated that when she interviewed me, she was alone and that I admitted to placing my hands around my wife's neck, a complete lie, whereas she was in the company of her colleague, claims which are far from the truth.

(4) **Brian E. Jones:** Intentionally failed to abide by my decision to confront my accusers particularly (Detective Douglas Carr) and my wife (Toneana Charles – Peterkin). Assisting in the denial of a free and fair opportunity to defend myself. Causing more damage during the course of his representation, resulting in a ruling against me.

(5) Rebecca Fort: intentionally failed to abide by my decision to confront my accuser Detective Carr and to use my wife Toneana Peterkin nee Charles as a witness and refused to use the information I submitted to her for that purpose. Instead she secretly engaged in a meeting with my wife and her attorney, subsequently drafting out a document contrary to my request which in my opinion if signed would lead to testifying against myself. Assisting in the denial of a free and fair trial also denying me the opportunity to adequately defend myself, resulting in a ruling against me.

(6) Hon. Ilana Gruebel: Failed to exercise her powers to extract the proofs of the matter but rather tried to compel me to accept responsibility for an act I never committed, in that she failed to make available the relevant witnesses in this matter. Thereby, denying me the right to a fair trial. To date there's no evidence in chief coming from the source NYPD'S Detective Carr, no sworn testimony coming from the alleged virtual complainant viz: Toneana Peterkin nee Charles, no medical report, no independent or expert witness to support the allegations. Despite claims that the oral report was tendered in evidence, I was never allowed to see this report before tendering the said report into evidence. Thereby rendering her decision bias or prejudice. Also denying me the right to free speech by declining permission to file a proposed order to show cause by refusing to sign the said order.

(7) John Franklin Udochi (Bureau of Special Hearings) Showed clear bias or prejudice towards me, in deciding to deny my request that the indicated report (SCR Case ID #: 27108909, Intake Stage ID #: 32203679, dated 10/14/2018) be amended to unfounded and sealed, deforming my character in the process, as well as that of my children. Despite the lack of evidence presented by Leslie Leitner, Esq. appearing for Administration of Children Services (ACS) and an abundance of evidence from me to prove that this case is based wholly and solely on lies and bogus information with the intent to deceive the court. Among the evidence produced on my behalf clear evidence of an alibi with regards to the oral report (ORT). **I was in Police Custody at the time of the alleged incident.** That the petition was unlawfully obtained (the investigating officer lied under oath) Documentary evidence to prove a tremendous amount of available cash to care for my children. Information to prove that, there's no evidence in chief from the source, that there's no evidence coming from the alleged virtual complainant viz: Toneana Peterkin nee Charles, that there's no medical report to ascertain the authenticity of the ORT, that I was never given the opportunity to confront my accusers despite many request to do so, rendering the Family Court Trial unconstitutional and unfair.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1558 Park Place Apt. 1R, Brooklyn New York, 11213

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 14th 2018, about 2018

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was unlawfully arrested, never informed of the reason for my arrest, never read my rights, instead I was insulted (called a woman abuser, why don't I go back to St. Lucia), I was placed in a cell in handcuffs, my cellphone was tampered with, I was imprisoned for one day without food, I was evicted from my home, suffer the lost of the company of my wife and children, my daughter broke her knee, my son got robbed as a result of my absence, I became homeless up to time of complaint, I was denied employment, suffered a major depressive disorder (ICD – 10 F32.0 ) and Post Traumatic symptom disorder (ICD – 10 F43.1) DSM – V5 (7) and currently being treated with 30mg Remeron to control my nerves.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered a major depressive disorder (ICD – 10 F32.0) and post traumatic symptom disorder (ICD – 10 F43.1) DSM – V5. I was treated with a combination of psychopharmacology and psychotherapy. 30mg of Remeron was prescribed to be taken daily.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seeking compensation in the sum of one hundred million dollars ($100,000,000.00) or Any amount proportionate to my injuries, housing with all utility bills paid, establish a college/university fund for my children whose character were also deform. The termination of the services of Douglas Carr and Tamara Williams to avoid future victimization and abuse of authority.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 29, 2020.

Signature of Plaintiff _____

Printed Name of Plaintiff  MEURIS PETERKIN _____